# IN THE SUPREME COURT OF THE STATE OF NEVADA

DESHAWN LAMONT THOMAS,
               Appellant,
vs.
THE STATE OF NEVADA,
               Respondent.

No. 72278

**FILED**

MAY 0 1 2017



## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion for appointment of appellate counsel. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Douglas Smith, District Judge
      Deshawn Lamont Thomas
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

17-14266